UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Central Division at Lexington

Eastern District of Kentucky
**FILED**

DEC 20 2018

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRAIG WILLIAMS, JOHN WILLIAMS, )
And FRED BERRY, on behalf of )
themselves and all others similarly situated, )
)
Plaintiffs, )
)   Case No. 5:15-cv-00306-JMH
v. )
)
KING BEE DELIVERY, LLC AND )
BEE LINE COURIER SERVICE, INC., )
)
Defendants. )

## UNDER-SEAL ORDER OF APPROVAL OF SETTLEMENT AND ATTORNEY'S FEES AND COSTS

Having considered the parties' proposed settlement in this case and determined that it is fair, reasonable, and adequate, the Court hereby:

1) Approves the parties' Settlement Agreement;

2) Approves the attorneys' fees and costs in the amount of one-third of the total settlement amount;

3) Approves service payments to Plaintiffs Craig Williams, Fred Berry, John Williams, and Opt-in Plaintiff Kevin Berry in the amount proposed and set forth in the FLSA Settlement Agreement and Plaintiffs' Unopposed Motion to Approve the Settlement and Attorneys' Fees and Costs.

4) Approves the plan of notice to the collective action members, including the content of the proposed notice.

The Court further orders the settlement funds to be distributed as set forth in Plaintiffs' Unopposed Motion to Approve the Settlement and Attorneys' Fees and Costs.

This case is dismissed with prejudice, with all parties waiving all rights of appeal and bearing their own costs.

ENTERED this 20th day of December, 2018

*Joseph M. Hood*
HON. JUDGE JOSEPH M. HOOD
UNITED STATES DISTRCT COURT
EASTERN DISTRICT OF KENTUCKY